IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| MCGRIFF INSURANCE SERVICES, LLC, | |
|---|---|
| Plaintiff, | |
| v. | Case No. 1:23-cv-00295 |
| CHRISTOPHER WILSON, | JURY TRIAL DEMANDED |
| Defendant. | |

## Notice of Special Appearance by Warren R. Hall Jr.

Warren R. Hall Jr. hereby files this Notice of Special Appearance pursuant to LR 83.1(d) to appear on behalf of Defendant Christopher Wilson in this matter. Attorney Hall is a member in good-standing of the Georgia bar and has registered as a filing user with this Court's CM/ECF system. Attorney Hall is associated with Attorneys A. Todd Capitano and Erin C Huegel, each members in good-standing in the bar of the United States District Court for the Middle District of North Carolina.

Mr. Hall acknowledges and agrees that, by filing of this Notice, he submits to the disciplinary jurisdiction of this Court, and that a local bar member will be present during pretrial conferences, dispositive proceedings, and trial.

Respectfully submitted, this the 18th day of December, 2023.

/s/Erin C. Huegel
A. Todd Capitano
N.C. Bar No. 20804
Erin C. Huegel
N.C. Bar No. 51895
BISHOP, DULANEY, JOYNER & ABNER, P.A.
4521 Sharon Road, Suite 250
Charlotte, North Carolina 28211
tcapitano@bdjalaw.com
ehuegel@bdjalaw.com
T: 704-945-9856


/s/Warren R. Hall Jr.
Warren R. Hall Jr.
Georgia Bar No. 319405
whall@hgrslaw.com
Hall, Gilligan, Roberts & Shanlever, LLP
3340 Peachtree Road – Suite 1900
Atlanta, Georgia 30326
T: 404-442-8776
F: 404-537-5555
*Appearing pursuant to LR 83.1(d).

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2023 I served a copy of the foregoing Notice of Special Appearance by Warren R. Hall Jr. by filing a copy through the Court's CM/ECF system, which will automatically provide notice to:

**Womble Bond Dickinson (US) LLP**
Counsel for Plaintiff

John E. Pueschel
John.pueschel@wbd-us.com
One West Fourth Street
Winston-Salem, North Carolina 27101
Gerard M. Clodomir
Gerard.Clodomir@wbd-us.com
300 North Greene Street, Suite 1900
Greensboro, North Carolina 27401

/s/Warren R. Hall Jr.
Warren R. Hall Jr.
Georgia Bar No. 319405
whall@hgrslaw.com
Hall, Gilligan, Roberts & Shanlever, LLP
3340 Peachtree Road – Suite 1900
Atlanta, Georgia 30326
T: 404-442-8776
F: 404-537-5555
*Appearing pursuant to LR 83.1(d).